UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM DAVENPORT,<br><br>      Plaintiff,<br><br> v.<br><br>KELLY CUNNINGHAM, DAROLD WEEKS, CATHY HARRIS, RANDALL GRIFFITH, BARBARA BOARDMAN, LINDA BRYANT, WILLIE STODARD, HENRY RICHARDS, and UNIDENTIFIED MED DISPENSING NURSES,<br><br>      Defendants. | No. C10-5583 BHS/KLS<br><br>ORDER GRANTING INFORMA PAUPERIS STATUS |

  Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Dkt. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

  The Clerk is directed to mail a copy of this Order to Plaintiff.

  **DATED** this  2nd  day of September, 2010.

                Karen L. Strombom
                United States Magistrate Judge

ORDER - 1