UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM DAVENPORT,

    Plaintiff,

    v.

KELLY CUNNINGHAM, et al.,

    Defendants.

Case No. C10-5583BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 38).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendant Randall Griffith's motion for summary judgment (Dkt. 36) is **GRANTED**; and

(3)     Plaintiff's federal claims are **DISMISSED with prejudice** and Plaintiff's pendant state law claims are **DISMISSED without prejudice**.

DATED this 22nd day of August, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER